DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of J.D.P. and J.D.P., children.

K.P.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2177
_____

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Constance Daniels, Law Office of Constance Daniels, Brandon, for Appellant.

Meredith K. Hall, Appellate Counsel, Children's Legal Services, Bradenton; and Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Stephanie E. Novenario, Senior Attorney, Appellate Division, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee (substituted as counsel of record), Attorneys for the Guardian ad Litem o/b/o J.D.P and J.D.P.

PER CURIAM.

Affirmed.

SLEET, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.